UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

| | |
|---|---|
| IN RE:<br><br>**RFS ECUSTA INC. and**<br>**RFS US INC.**<br><br>Tax I.D. No.:  23-3081989<br>23-3081990<br><br>Debtors | Bankruptcy Case No. 03-10360<br>Bankruptcy Case No. 03-10358<br>Chapter 7<br>Jointly Administered |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION**
**REQUEST OF EDWARD P. BOWERS, CPA**
**AS ACCOUNTANT TO THE CHAPTER 7 TRUSTEE**

This cause coming on to be heard and being heard upon due notice to all applicable parties pursuant to the United States Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Practice of the United States District Court for the Western District of North Carolina and the Local Rules of Practice of the United States Bankruptcy Court for the Western District of North Carolina, and the Court concludes that no further or other notice is necessary.

**NOW,** upon consideration of the Third Interim Fee Application (the "Application") of Edward P. Bowers, CPA, ("Applicant") for Compensation as accountant for Langdon M. Cooper, Trustee ("Trustee") for the above-referenced Debtors, as duly filed in this proceeding, in which Applicant seeks payment of compensation and reimbursement for expenses advanced;

**AND** upon consideration of the applicable law as set forth in a number of decisions of the United States Supreme Court and the Fourth Circuit Court of Appeals;

**AND** upon all proceedings had before the Court, after due notice and opportunity for hearing, after which no adverse interest appeared, and after due deliberation thereon the Court concludes the Application seeks reasonable compensation and payment for expenses advanced, and it is in the best interest of the estates that the Application be allowed; it is therefore

**ORDERED** that the Application is GRANTED, and the sum of $60,145.00 is reasonable interim compensation owed the Applicant and reimbursement of $3,968.50 for expenses advanced is reasonable and owed the Applicant as well; and these amounts are hereby allowed and the Trustee is hereby directed to make such payments as soon as funds are available.

This the 11th day of October, 2006.

Graham C. Mullen
United States District Court Judge