UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.:   23-3081989
                23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

**ORDER AUTHORIZING
SETTLEMENT WITH CLAIMANT,
EXPRESS SCRIPTS, INC.**

This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to authorize the settlement with Express Scripts, Inc. as set out in the Trustee's Motion is proper; it is, therefore,

**ORDERED** that the Trustee is authorized to accept a settlement with Express Scripts, Inc. in the amount of $24,000 and the Trustee will allow Express Scripts, Inc.'s claim (Claim No. 238) in the amount of $12,447.07 as an unsecured priority claim and; it is, further

**ORDERED** that the Trustee's prior receipt and deposit of the $24,000 from Express Scripts, Inc. be confirmed and ratified as a prudent exercise of sound business judgment.

April _30_, 2007.

*Graham C. Mullen*

Graham C. Mullen
United States District Court Judge