UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

| | |
|---|---|
| IN RE:<br><br>**RFS ECUSTA INC. and**<br>**RFS US INC.**<br><br>Tax I.D. No.:   23-3081989<br>              23-3081990<br><br>Debtors | Bankruptcy Case No. 03-10360<br>Bankruptcy Case No. 03-10358<br>Chapter 7<br>Jointly Administered<br><br>**ORDER AUTHORIZING**<br>**PAYMENT TO COURT REPORTER** |

This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to authorize the payment of $228 to Huseby, Inc. (c/o National Depo) for a copy of the transcript of the 3/6/07 hearing is proper; it is, therefore,

**ORDERED** that the Trustee is authorized to pay $228 to Huseby, Inc. (c/o National Depo) for a copy of the above referenced transcript.

April 30, 2007

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Court Judge