UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

IN RE:

**RFS ECUSTA INC. and**
**RFS US INC.**

Tax I.D. No.: 23-3081989
23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

**ORDER AUTHORIZING**
**REIMBURSEMENT TO TRUSTEE'S**
**COUNSEL FOR FILING FEE**

This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to authorize the reimbursement of $350 to Langdon M. Cooper, counsel to the Trustee, for the expense he incurred electronically filing a Complaint in the U.S. District Court on behalf of the estate is proper; it is, therefore,

**ORDERED** that the Trustee is authorized to pay Langdon M. Cooper, counsel to the Trustee, the sum of $350 as reimbursement for an electronic filing.

April _30_, 2007

_____
Graham C. Mullen
United States District Court Judge