UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

| | |
|---|---|
| IN RE:<br><br>RFS ECUSTA INC. and<br>RFS US INC.<br><br>Tax I.D. No.:  23-3081989<br> 23-3081990<br><br>Debtors | Bankruptcy Case No. 03-10360<br>Bankruptcy Case No. 03-10358<br>Chapter 7<br>Jointly Administered<br><br>**ORDER AUTHORIZING**<br>**REIMBURSEMENT**<br>**TO TRUSTEE** |

    This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to authorize the reimbursement of $1,700 to Langdon M. Cooper is proper; it is, therefore,

    **ORDERED** that the Trustee is authorized to reimburse himself in the amount of $1,700 for the incurred electronic filing fees of seventeen *pro hac vice* motions.

Signed: May 31, 2007

Graham C. Mullen
United States District Judge