UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 03-10360 |
| RFS ECUSTA INC. and | Bankruptcy Case No. 03-10358 |
| RFS US INC. | Chapter 7 |
| | Jointly Administered |
| Tax I.D. No.: 23-3081989 | |
| 23-3081990 | **ORDER AUTHORIZING PAYMENT TO SECURED** |
| Debtors | **CREDITOR** |

This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to authorize the payment of $18,275.25 to GEBCC is proper; it is, therefore,

**ORDERED** that the Trustee is authorized to pay $18,275.25 to GEBCC for its share of the available funds on hand.

Signed: May 31, 2007

Graham C. Mullen
United States District Judge