UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

| IN RE: | |
|---|---|
| RFS ECUSTA INC. and RFS US INC. | **ORDER AUTHORIZING PAYMENT OF BOND PREMIUM** |

This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to pay $11,600 to International Sureties, Ltd. for renewal of the Chapter 7 bond in the amount of $5,800,000.00 for the period from 25 November 2007 to 25 November 2008 is proper; it is, therefore,

**ORDERED** that the Trustee pay $11,600 to International Sureties, Ltd. to renew the Chapter 7 bond as follows:

75% of the premium or $8,700 from the funds in the Ancefin litigation which are currently held in escrow by the Trustee in a CDARS account; and

25% of the premium or $2,900 from the general funds the Trustee has recovered which are held in the estate's Bank of America account.

Signed: October 15, 2007

Graham C. Mullen
United States District Judge