UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

| | |
|---|---|
| IN RE:<br><br>**RFS ECUSTA INC. and**<br>**RFS US INC.**<br><br>Tax I.D. No.:   23-3081989<br>                          23-3081990<br><br>                          Debtors | Bankruptcy Case No. 03-10360<br>Bankruptcy Case No. 03-10358<br>Chapter 7<br>Jointly Administered |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMS OF RF & SON, INC.

THIS MATTER came on to be heard on the Objection to Claims dated 15 November 2007 filed and served by Langdon M. Cooper, Trustee in Bankruptcy (the "Trustee") for RFS Ecusta Inc. and RFS US Inc. (the "Debtors"), in which the Trustee objected (the "Objection") to all claims of RF & Son, Inc. (the "Claimant") against either of the Debtors including claim nos. 492 and 493 filed in the Delaware Bankruptcy Court (the "RF & Son Claims"), and requested the entry of an order disallowing the RF & Son Claims, pursuant to Sections 502, 506 and 507 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code") and rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). After reviewing the record it appears to the Court that the Claims should be disallowed, and in that regard the Court finds and concludes as follows:

1. The United States District Court for the Western District of North Carolina (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtors' bankruptcy cases (the "Cases) and this Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2). The statutory predicates for the relief requested herein are sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3003(c) and 3007.

2. Voluntary petitions under Chapter 11 of the Bankruptcy Code were filed by the Debtors in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") on 23 October 2002. The Cases were subsequently transferred to the United States Bankruptcy Court for the Western District of North Carolina and converted to jointly administered Chapter 7 cases on 12 August 2003. Langdon M. Cooper was appointed and continues to serve as the Chapter 7 Trustee in both Cases. On 8 September 2006 this Court withdrew the reference of the Cases pursuant to 28 U.S.C. §157(d).

3. The Trustee provided full and proper notice of this Objection by duly serving the Objection on the Claimant and the other parties required by law in accordance with the Bankruptcy Rules as reflected in the

Certificate of Service filed by the Trustee.

4. The Court finds, *inter alia,* that the Claimant has failed to furnish any evidence to support the alleged RF & Son Claims, as required by the Bankruptcy Code and Rules and that grounds exist to disallow the RF & Son Claims including pursuant to Section 502(d) of the Bankruptcy Code as the Trustee has commenced an action wherein he has asserted substantial claims against the Claimant and the Claimant is alleged to be holding property of the estates of the Debtors.

IT IS, THEREFORE, **ORDERED** that the Objection is GRANTED and that the RF & Son Claims are DENIED and DISALLOWED with prejudice, and shall not be subject to reconsideration pursuant to Section 502(j) of the Bankruptcy Code and RF & Son, Inc. and any successor or predecessor are barred from filing any late claims or otherwise receiving any distribution from the Trustee and in these bankruptcy estates.

Signed: January 10, 2008

Graham C. Mullen
United States District Judge