FILED
IN COURT
CHARLOTTE, N. C.

FEB 1 4 2008

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cv-00386-GCM

```
---------------------------------------------------- X
In re:                                         :     Chapter 7
                                               :
RFS ECUSTA INC. and                            :     Case Nos.    03-10358 (GRH)
RFS US INC.,                                    :     and          03-10360 (GRH)
                                               :
              Debtors.                         :     (Jointly Administered)
                                               :
---------------------------------------------------- X
```

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMS OF ECUSTA FIBERS, LTD. and CONFIRMING WITHDRAWAL OF CLAIMS BY ECUSTA FIBERS, LTD.

THIS MATTER came on to be heard on the Trustee's Objection to all claims of Ecusta Fibers, Ltd. in these bankruptcy cases (filed on 15 November 2007), as well as on the Trustee's Motion for approval of settlement with Ecusta Fibers, Ltd, including the Request of Ecusta Fibers, Ltd. for Withdrawal of Claims attached to the Motion of Trustee, and it appears the Motion and Objection were duly served, that Ecusta Fibers was represented by Robinson Bradshaw & Hinson P.A. and the Trustee was represented by Mullen Holland & Cooper P.A. and that Ecusta Fibers, Ltd has consented to the relief sought by the Trustee, and that the

claims of Ecusta Fibers, Ltd. should be disallowed and the Trustee's Motion is in the best of creditors of the Estates and should be granted. It is, therefore

**ORDERED** that the Objection to all claims of Ecusta Fibers, Ltd. filed by the Trustee on 15 November 2007, which was duly served on Ecusta Fibers, Ltd., is SUSTAINED, and all claims of Ecusta Fibers, Ltd., whether filed in either of these jointly administered bankruptcy cases, including, without limitation, claim number 490 filed by Ecusta Fibers, Ltd. against RFS Ecusta Inc. while its case was pending in the United States Bankruptcy Court for the District of Delaware (Case No. 02-13110), are DENIED and DISALLOWED with prejudice and shall not be subject to reconsideration pursuant to Section 502(j) of the Bankruptcy Code. It is, further

**ORDERED** pursuant to Bankruptcy Rule 3006 that all claims of Ecusta Fibers, Ltd. are deemed withdrawn pursuant to its Request filed in this Court, and Ecusta Fibers, Ltd. and any successor or predecessor are barred from filing any late claims or otherwise receiving any distribution from these bankruptcy estates. It is, further

**ORDERED** that the Motion of the Trustee for approval of settlement with Ecusta Fibers, Ltd is GRANTED.

**ORDERED** that the Trustee is authorized to enter a mutual general release with Ecusta Fibers, Ltd.

This the 14th day of February, 2008.

Graham C. Mullen
United States District Judge

To the entry of the foregoing order, the undersigned consents:

Ecusta Fibers, Ltd.

By _/s/ Peter B. Wieler_

_Its:_ Vice-President