UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
3:06 CV 386-MU

IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.: 23-3081989
23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

## ORDER REAFFIRMING ORDER OF BANKRUPTCY COURT GRANTING TRUSTEE'S MOTION TO LIMIT SERVICE

This matter came on to be heard *sua sponte* and the Court has determined it should clarify and reaffirm the Order entered by the Bankruptcy Court on 17 August 2004 (docket no. 546 in the Bankruptcy Court's file in this case) in which the Bankruptcy Court authorized the Trustee to limit future service of all base case pleadings to the parties identified in that Order; and the Court notes that this Order was entered by the Bankruptcy Court only after a full casewide notice and a hearing; and the Court further notes that the recent casewide notice of the settlements in this case cost the Trustee more than $50,000, including the cost of copying and preparing the settlement documents and serving them, as well as the cost of publication of the notices of settlement in the *Transylvania Times* and the *Asheville Citizens-Times*, (all of which this Court approved, and which this Court believes was prudent in view of the materiality of the settlements noticed); however, at this point the Court concludes that a limited notice in all future service is in the best interest of the estates and their creditors; it is therefore,

**ORDERED** that the Order entered on 17 August 2004 (docket no. 546) in the U.S. Bankruptcy Court authorizing the Trustee to limit future service of base case pleadings to the parties identified in that Order is reaffirmed and shall apply to all future service of all base-case pleadings, including all motions and notices to settle currently pending or subsequently filed adversary proceedings, and except when the matter would only be otherwise required to be served on a fewer number of parties; it is further

**ORDERED** that attached as Exhibit "A" is the current limited matrix to which the Bankruptcy Court's Order applies, and it is this service list to which this Order applies at this date, bearing in mind that future Rule 2002 notices could be filed requesting service.

This the \_\_\_14th\_\_\_ day of February, 2008.

                                                Graham C. Mullen
                                                United States District Judge

Joel H. Levitin
Melvin A. Schwarz
Dechert, LLP
30 Rockefeller Plaza
New York, NY 10112

Lawrence E. Behning
214 N. Tryon Street, Ste. 4700
Charlotte, NC 28202

James McMillan
RFS Ecusta, Inc.
One Ecusta Road
Pisgah Forest, NC 28768

James C. Gulick
W. Wallace Finlator, Jr.
N.C. Department of Justice
P. O. Box 629
Raleigh, NC 27602-0629

Scott D. Cousins
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Frederick B. Rosner, Esq.
Jaspan Schelsinger Hoffman LLP
913 N. Market St., FL 12
Wilmington DE 19801-3029

Daniel C. Oakley
North Carolina Dept of Environmental
and Natural Resources
1601 Mail Service Center
Raleigh, NC 27699

Henry A. Heiman & Susan E. Kaufmar
Heiman, Aber, Goldlust & Baker
702 King Street, Suite 600
P. O. Box 1675
Wilmington, DE 19899

John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 N. Market St., Ste. 700
Wilmington, DE 19801-1270

Michael Luskin
Scott Greissman
Luskin, Stern & Eisler LLP
330 Madison Ave.
New York, NY 10017

Adam D. Cole
Greenberg Traurig, LLP
885 Third Avenue
New York, NY 10022

Alan E. Gamza
Moses & Singer LLP
The Chrysler Bldg.
405 Lexington Ave.
New York, NY 10174-1299

David Roy Blackwell
State of North Carolina
Dept. of Justice Special Litigation Sect.
114 West Edenton Street
Raleigh, NC 27602

Robert P. Gaudiosi, Sr. VP
Daley-Hodkin Corp.
135 Pinelawn Road
Melville, NY 11747

Glenn M. Reisman
Attorney for General Electric Company
Two Corporate Drive, Suite 636
PO Box 861
Shelton, CT 06484-0861

Christian L. Raisner
Weinberg, Roger & Rosenfeld
180 Grand Avenue, Suite 1400
Oakland, CA 94612

Myron K. Cunningham
Kerr-McGee Chemical, LLC
Kerr-McGee Center
PO Box 25861
Oklahoma City, OK 73125

Bankruptcy Administrator
IOS Capital, LLC 1738 Bass Road
PO Box 13708
Macon, GA 31208-3708

John Bramlett
U.S. Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669

Esperanza Anderson
Environmental Enforcement Section
U.S. Department of Justice
P O Box 7611
Washington, DC 20044-7611

Travis W. Moon
Hamilton Gaskins Faye & Moon
2020 Charlotte Plaza
201 South College Street
Charlotte, NC 28244

Bonnie Sawyer
U.S. Environmental Protection Agency
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-8960

Charles Paquet
Weldwood Capital Co.
1155 University Avenue, Suite 1014
Montreal, Quebec, Canada H3B 3A7

Marjorie R. Mann
Roberts & Stevens, P.A.
PO Box 7647
Asheville, NC 28802

Central National-Gottesman Inc.
Attn: Peter C. Siegfried
3 Manhattanville Rd.
Purchase, NY 10577

Derek J. Baker, Esq.
Reed Smith, LLP
2500 Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Robert J. Dehney
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P O Box 1347
Wilmington, DE 19899-1347

Christopher D. Loizides
1200 Pennsylvania Avenue,
Suite 202-A
Wilmington, DE 19806

Russell R. Johnson III, Esq.
2258 Wheatland Dr.
Manakin Sabot, VA 23103-2168

Wayne K. Maiorano
Smith, Anderson, Blount, Dorsett,
 Mitchell Jernigan, L.L.P.
P O Box 2611
Raleigh, NC 27602-2611

J. William Porter, Esq.
Kiah T. Ford IV, Esq.
Parker, Poe, Adams & Bernstein, L.L.P.
401 South Tryon St., Suite 3000
Charlotte, NC 28202

Charles P. Summerall, IV
Buist Moore Smythe McGee P.A.
P O Box 999
Charleston, SC 29402

Nat E. Cannady, III, President
MB Haynes Corporation,
P O Box 16589
Asheville NC 2881

Doris Kohler
PO Box 132
Pisgah Forest, NC 28768

Sue N. Loftis
Rt. 1, Box 148-B
Lake Toxaway, NC 28747

Thomas & Marinda Parris
142 Barberry Heights
Brevard, NC 28712

Mary Louise Roberts, Esq.
Senior Corporate Counsel
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg
 & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

S. Nikole Byrd
Smith, Anderson, Blount, Dorsett,
 Mitchell Jernigan, L.L.P.
P O Box 2611
Raleigh, NC 27602-2611

Jennifer C. Deitchman
96 South George St., Ste. 420
York, PA 17401

C. Michael Terribile
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Joyce Murphy Brooks, Esq.
6845 Fairview Road
Charlotte NC 28210

Michael Pressley
PO Box 1707
Brevard, NC 28712

Robert Gary Holden
214 Cedarcrest Dr.
Brevard, NC 28712

Margery E. Lieber
Asst. Gen. Counsel
Nat'l Labor Relations Board
1099 14th Street, NW
Washington, DC 20570

Janet Ward Black
Donaldson & Black, P.A.
208 W. Wendover Avenue
Greensboro, NC 27401

Kenneth Rosen
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

Brent Fraim, Attorney (BF8291)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

B. David Carson
Erwin & Eleazer, P.A.
1100 South Tryon St., Suite 200
Charlotte NC 28203

Richard M. Mitchell
Mitchell & Culp, PLLC
1001 Morehead Square Dr., Ste. 330
Charlotte, NC 28203

Deborah C. Swenson
ASK Financial
4040 Nichols Road
Eagan, MN 55122

Freida C. McKelvey
William McKelvey
Box 621
Brevard, NC 28712

Carrie S. Fisher
Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon St., Ste. 3000
Charlotte, NC 28202

Deborah A. Kwityn
IBM Corporation
1551 S. Washington Ave.
Piscataway, NJ 08854

Dr. Ajit S. Dixit
4021 Quail High Blvd.
Morrisville, NC 27560-7022

John Plotz
Weinberg, Roger & Rosenfeld
180 Grand Avenue, Ste 1400
Oakland, CA 94612-3752

Scott M. Tyler
Moore & Van Allen, PLLC
100 North Tryon St., Ste. 4700
Charlotte, North Carolina 28202

Catherine R. Stuart
1033 Wade Ave., Ste 202
Raleigh, NC 27605

J. Michael Booe
Kennedy Covington
214 N. Tryon St., 47th Floor
Charlotte, North Carolina 28202

Scott P. Vaughn
Smith Helms & Mullis
PO Box 31247
Charlotte, NC 28231

Laurie A. Krepto
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Reid L. Ashinoff
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Steven J. Levitas
Kilpatrick Stockton LLP
3737 Glenwood Ave., Ste. 400
Raleigh, NC 27612

Christopher J. Caruso
Moses & Singer, LLP
The Chrysler Bldg.
405 Lexington Ave.
New York, NY 10174-1299

Christopher A. Ward
The Bayard Firm
222 Delaware Avenue, Ste. 900
Wilmington, DE 19899

William A. White
Moore & Van Allen PLLC
100 North Tryon Street, Ste. 4700
Charlotte, North Carolina 28202-4003

Edward P. Bowers
219 Wilmot Drive
Gastonia, North Carolina 28054

David M. Schilli
Robinson Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246

Rory D. Whelehan
Womble Carlyle Sandridge
  & Rice, PLLC
PO Box 10208
Greenville, SC 29603

Raboteau T. Wilder
Nelson Mullins Riley & Scarborough
Bank of America Corporate Center
100 North Tryon Street, 42nd Floor
Charlotte, NC 28202-4007

Deborah Renner
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Lou M. Agosto
Moore & Van Allen
100 N. Tryon St., Ste. 4700
Charlotte, NC 28202-4003

Marianne Slivkova
Moses & Singer LLP
The Chrysler Bldg.
405 Lexington Ave.
New York, NY 10174-1299

D. Eugene Webb
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23219

Judy D. Thompson
Poyner & Spruill LLP
301 S. College St., Ste. 2300
Charlotte, North Carolina 28202

Lawrence Ginsburg
Moses & Singer, LLP
The Chrysler Bldg.
405 Lexington Ave.
New York, NY 10174-1299

William W. Toole
Robinson Bradshaw & Hinson, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246

Diane P. Furr
Poyner & Spruill LLP
301 S. College St., Ste. 2300
Charlotte, North Carolina 28202

Howard S. Cohen
Parente Randolph LLC
824 Market Street, Ste. 809
Wilmington, DE 19801

R. Keith Johnson
312 West Trade Street
Suite 600, Builders Bldg.
Charlotte, NC 28202

Timothy L. Finger
154 N. Main St., Ste. 2
Waynesville, NC 28786

Neil S. Fuleihan
PO Box 552
300 N. Broad, Ste. #5
Brevard, NC 28712

Charles Cecil Kyles
Stuart Law Firm, PLLC
1033 Wade Avenue, Ste. 202
Raleigh, NC 27605

Jennifer Rader Windley
Troutman Sanders LLP
434 Fayetteville St. Mall
Two Hannover Sq., Ste. 1100
Raleigh, NC 27601

Andrew P. Lederman
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Benjamin Arthur Kahn
Nexsen Pruet Adams & Kleemeier
PO Box 3463
Greensboro, NC 27402

Meredith Ellen Werner
Ross Dixon & Bell LLP
2001 K Street NW
Washington, DC 20006

Theresa A. Foudy
Curtis Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178-0061

Peggy Cassin
The Reader's Digest Assoc., Inc.
Reader's Digest Road
Pleasantville, NY 10570-7000

David W. Boone
Insurance Section
NC Department of Justice
PO Box 629
Raleigh, NC 27602-0629

Kevin Joseph Heiser
Nelson Mullins Riley & Scarborough
Bank of America Corporate Center
100 N. Tryon St., Ste. 42nd Floor
Charlotte, NC 28202-4007

Laura D. Windsor
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

Daniel G. Clodfelter
Moore & Van Allen
100 N. Tryon St., Ste. 4700
Charlotte, North Carolina 28202-4003

Teah R. Lupton
Ross Dixon & Bell LLP
2001 K Street NW
Washington, DC 20006-1040

Timothy N. McCabe
Curtis Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178-0061

Cozen O'Connor
Attn: Kevin M. Mattessich
45 Broadway, 16th Floor
New York, NY 10006

Brian Philips
PO Box 432
Brevard, NC 28712

Myra L. Griffin
NC Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Albert L. Sneed, Jr.
Van Winkle Buck Wall Starnes & Davis
PO Box 7376
Asheville, NC 28802

Douglas M. Jarrell
Robinson Bradshaw & Hinson P.A.
1900 Independence Center
101 N. Tryon St.
Charlotte, NC 28246

Ashley S. Rusher
Blanco Tackabery Combs
& Matamoros, P.A.
PO Drawer 25008
Winston-Salem, NC 27114-5008

Kimberly Sullivan
Cozen & O'Conner
301 S. College St., Ste. 2100
Charlotte, NC 28202

Steven J. Reisman
Curtis Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178-0061

Jeff Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004