UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
3:06 CV 386-MU

| IN RE: | ) | Bankruptcy Case No. 03-10360 |
|---|---|---|
| | ) | Bankruptcy Case No. 03-10358 |
| RFS ECUSTA INC. and | ) | Chapter 7 |
| RFS US INC. | ) | Jointly Administered |
| | ) | |
| Tax I.D. No.: 23-3081989 | ) | |
| 23-3081990 | ) | |
| | ) | |
| Debtors | ) | |

## ORDER GRANTING TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION OF ESTATES

This matter came on to be heard after notice and a hearing upon Motion of Langdon M. Cooper (the "Trustee"), and it appearing to the Court that the relief the Trustee seeks in his Motion to enter an order substantively consolidating the base bankruptcy cases of RFS Ecusta Inc. and RFS US Inc. (the "Cases"), which are proceeding in this Court is proper and that his Motion should be granted;

NOW, THEREFORE, for the reasons set forth in the Motion, IT IS HEREBY:

ORDERED that the Cases are substantively consolidated and will continue to proceed in this Court; and it is further

ORDERED that the Claims filed against either Debtor seeking recovery of the same debt shall only be eligible to receive a single distribution to the extent allowed by law in the consolidated estate; and it is further

ORDERED that inter-debtor claims, if any, shall be disregarded.

Signed: March 19, 2008

Graham C. Mullen
United States District Judge