UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.:    23-3081989
                 23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

## ORDER AUTHORIZING TRUSTEE TO MAKE PAYMENTS TO PATTERSON POPE

This matter came on to be heard upon motion of the Trustee for authorization to make a payment of $2,001.40 to Patterson Pope to be applied to the total owed for storage fees from October 2006 through August 2008 and for authorization to continue to make payments to Patterson Pope for monthly fees which continue to accrue for storage fees; and it appearing that the Court should grant the Motion of the Trustee and that it is in the best interest of this estate; it is, therefore

**ORDERED** that the Trustee disburse $2,001.40 to Patterson Pope as payment for storage fees from October 2006 through August 2008 and that the Trustee continue to disburse payments to Patterson Pope as invoices become due for storing the records of the debtors.

This the 28th day of July, 2008.

Graham C. Mullen
United States District Judge