# EXHIBIT A

| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA | | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM |
|---|---|---|
| In re:<br>**RFS Ecusta Inc. and RFS US Inc.,**<br>Debtors | Chapter 7,<br>Case No. 06-386 (GCM)<br>(Jointly Administered and Substantively Consolidated) | |

| NOTE: This form should only be used to make a request for payment of an administrative expense claim arising on or after October 23, 2002 through and including September 19, 2008.<br>**IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO OCTOBER 23, 2002.**<br>**Name of Creditor and Address:** | ☐ Check box if you are aware that anyone else has filed a request for payment of administrative expense claim relating to your claim. Attach a copy of statement given particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Court. | *EXHIBIT A* |
|---|---|---|
| Creditor Telephone Number (      ) | | |
| | ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | |

1. BASIS FOR REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM:

| ☐ Goods sold | ☐ Personal injury/wrongful death/property damage | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
|---|---|---|
| ☐ Services performed | ☐ Taxes | ☐ Wages, salaries, and compensation (Fill out below) |
| ☐ Money loaned | ☐ Other (describe briefly) | Your social security number_____ |
| ☐ Contractual or lease obligations | | Unpaid compensation for services performed from _____ to _____<br>                                                                                       (date)   (date) |

| 2. DATE DEBT WAS INCURRED: | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|
| 4. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM: | $ _____<br>(Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Please identify the Debtor against whom your claim is asserted:<br>_____ | 6. Offsets, Credits and Setoffs:<br>☐ All payments made on this claim by the Debtors have been credited and deducted from the amount claimed herein.<br>☐ This claim is not subject to any setoff or counterclaim.<br>☐ This claim is subject to setoff or counterclaim as follows:<br>_____<br>_____ |
|---|---|
| 7. This Request for Payment of Administrative Expense Claim:<br>☐ is the first filed request evidencing the claim asserted herein<br>☐ amends/supplements a request field on _____, or<br>☐ replaces/suspends a request filed on _____ | 8. Assignment:<br>☐ If the claimant has obtained this claim by Assignment, a copy is attached hereto. |
| 9. Supporting Documentation:<br>☐ This claim is supported by documentation that is attached hereto, or<br>☐ This claim is supported by documentation that is not attached hereto because _____ | THIS SPACE FOR COURT USE ONLY |
| DATE SIGNED: | Sign and print the name and title, if any, of the creditor or other person authorized to file this request (attach power of attorney, if any) |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

715573

# INSTRUCTIONS FOR FILING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Please read this request for payment of administrative expense claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if the form cannot be read and understood.

3. The request for payment for administrative expense claim must be completed in English. The amount of any claims identified on the form must be as of September 19, 2008, and must be denominated in United States Dollars.

4. Attach additional pages if more space is required to complete this request for payment of administrative expense claim form.

5. THIS FORM SHOULD ONLY BE USED TO MAKE A CLAIM FOR AN ADMINISTRATIVE EXPENSE, AS DEFINED IN 11 U.S.C. § 503, THAT WAS INCURRED ON OR AFTER OCTOBER 23, 2002 THROUGH AND INCLUDING SEPTEMBER 19, 2008. THIS FORM IS NOT FOR FILING CLAIMS ARISING PRIOR TO OCTOBER 23, 2002.

6. This request for payment of administrative expense claim form should be filed:
   **With the Court:**
   File with the Court a Request for Payment of Administrative Expense Claim along with all supporting documents. As provided in this Court's General Order No. 3:05-MC-42 you must file your request electronically:

   United States District Court
   www.ncwd.uscourts.gov

   Under certain circumstances if you are an individual who is not represented by an attorney, you may hand deliver your request to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, North Carolina. If you qualify to file by hand delivery, you must deliver the request to the Court on or before the date referenced below.

   **A copy must be sent to:**
   Langdon M. Cooper, Trustee
   Mullen Holland & Cooper P.A.
   P.O. Box 488
   Gastonia, NC 28053-0488
   Fax: (704) 861-8394
   E-mail: lcooper@mhc-law.com

   - and -

   Alan E. Gamza
   Christopher J. Caruso
   Moses & Singer LLP
   The Chrysler Building
   405 Lexington Avenue
   New York, New York 10174-1299
   Fax: (917) 206-4383
   E-mail: ccaruso@mosessinger.com



7. **THE CLAIMANT MUST ATTACH COPIES OF ANY AND ALL SUPPORTING DOCUMENTS THAT PROVE THAT THIS REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM IS FOR AN OBLIGATION INCURRED ON OR AFTER OCTOBER 23, 2002 THROUGH AND INCLUDING SEPTEMBER 19, 2008, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF A SECURITY INTEREST. IF THE DOCUMENTS ARE NOT ATTACHED, THE TRUSTEE MAY SEEK DISALLOWANCE OF YOUR CLAIM.**

8. To be considered timely filed, the request for payment of administrative expense claim form must be actually received by the Court, Langdon M. Cooper and Moses & Singer LLP by November 6, 2008 at 4:00 p.m. Eastern Standard Time and must include appropriate materials establishing **THE ADMINISTRATIVE NATURE OF THE CLAIM** and the amount of the asserted claim.

715573