**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 06-386

**EXHIBIT B**

---------------------------------------------------------------X
In re:                                  :    Chapter 7
                                        :
RFS ECUSTA INC. and                     :    Case Nos.    03-10358 (GRH)
RFS US INC.,                            :    and          03-10360 (GRH)
                                        :
            Debtors.                    :    (Jointly Administered and
                                        :    Substantively Consolidated)
---------------------------------------------------------------X

### NOTICE OF NOVEMBER 6, 2008, 4:00 P.M. DEADLINE/BAR DATE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that on September 19, 2008, the United States District Court for the Western District of North Carolina, Charlotte Division (the "Court") entered an order (the "Administrative Bar Date Order") establishing **November 6, 2008 at 4:00 p.m. (Eastern Standard Time)** as the last date and time for professionals retained by Order of the Bankruptcy Court in the above-captioned Debtors' prior Chapter 11 cases (the "Chapter 11 Professionals") and all other Persons, entities or Governmental Units who may be entitled to assert an administrative claim under section 503(b) of the Bankruptcy Code that was incurred at any time from October 23, 2002 through September 19, 2008 against the Debtors (each an "Administrative Claim") to file with the Court and serve on parties listed in section 3 below a request for payment of such Administrative Claim (an "Administrative Expense Request"). Pursuant to the Administrative Bar Date Order, the procedures for filing an Administrative Expense Request are as follows:

1. **WHO MUST FILE A REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

   All Persons, entities and Governmental Units, except the parties identified in section 2 below, **MUST** file and serve an Administrative Expense Request in order to be eligible to receive payment on account of their Administrative Claim. However, the filing of an Administrative Expense Request does not guaranty payment of such Administrative Claim and the Debtors' Chapter 7 Trustee (the "Trustee") reserves the right to object to any Administrative Expense Request.

2. **WHO NEED NOT FILE A REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

   The following parties are **not** required to file an Administrative Expense Request on or before November 6, 2008.

715853



(i) professionals to the Trustee retained pursuant to Court Order;

(ii) the Debtors' former employees whose claims are listed in the Exhibits to the Court's Order Granting the Trustee's Motion Fixing Claims of Covered Employees dated September 11, 2008; or

(iii) the Debtors' former employees who assert workers compensation claims.

In addition, professionals retained by Order of the Bankruptcy Court in the Debtors' prior Chapter 11 cases that have already filed applications for the allowance of fees and expenses ("Fee Applications") incurred during the Debtors' prior Chapter 11 cases or parties-in-interest that have already filed and served an Administrative Expense Request are not required to file an Administrative Expense Request for such claim; provided, however, that upon the expiration of the **November 6, 2008, 4:00 p.m. (Eastern Standard Time)** deadline to file and serve such a request, they may not amend (including by increasing the amount of the request) any previously filed Administrative Expense Request or Fee Applications or file a new Administrative Expense Request or Fee Application.

YOU SHOULD NOT FILE AN ADMINISTRATIVE EXPENSE REQUEST IF YOU DO NOT HAVE AN ADMINISTRATIVE CLAIM AGAINST AT LEAST ONE OF THE DEBTORS, OR IF THE ADMINISTRATIVE CLAIM YOU HELD AGAINST THE DEBTORS HAS BEEN PAID IN FULL.

THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT NECESSARILY MEAN THAT: (I) YOU HAVE AN ADMINISTRATIVE CLAIM; OR (II) THE TRUSTEE OR THE COURT BELIEVES THAT YOU HAVE SUCH A CLAIM.

## 3. THE DEADLINE TO FILE AND SERVE YOUR REQUEST

All Administrative Expense Requests **MUST** be filed electronically with the Court at www.ncwd.uscourts.gov, or if you are an individual who is not represented by an attorney, you may hand deliver your request to the Clerk of the United States District Court at 401 West Trade Street, Charlotte, North Carolina, **by no later than 4:00 p.m. (Eastern Standard Time) on November 6, 2008.** Note that even though this is a bankruptcy case, it is pending in the United States District Court, and you must file your request in the District Court. Do not file your request in the Bankruptcy Court.

In addition, all Administrative Expense Requests that are filed with the Court **MUST** in order to be VALID also be served upon (i) Langdon M. Cooper, Trustee, of Mullen Holland & Cooper P.A., P.O. Box 488, Gastonia, NC 28053-0488, and (ii) Moses & Singer, LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, Attn: Christopher J. Caruso, Esq. **so as to be received by such parties no later than 4:00 p.m. (Eastern Standard Time) on November 6, 2008.**

715853  2



## 4. WHAT TO FILE

Each Administrative Expense Request must, among other things, (i) conform to the attached Request for Payment of Administrative Expense Claim Form; (ii) be in English; (iii) be denominated in lawful currency of the United States; and (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court.

## 5. WHICH CASE TO FILE

In light of the Court's Order dated March 19, 2008 substantively consolidating the Debtors' Chapter 7 cases, Administrative Expense Requests should be filed in the RFS Ecusta Inc. case, United States District Court case number 3:06 CV 386. Administrative Expense Requests previously filed against either Debtor and any other Administrative Expense Requests timely filed and served that seek recovery of the same debt shall only be eligible to receive a single distribution on account thereof to the extent such requests are allowed in the Debtors' consolidated Estate.

EXCEPT AS STATED ABOVE, ANY CLAIMANT THAT FAILS TO FILE AND SERVE AS REQUIRED ABOVE AN ADMINISTRATIVE EXPENSE REQUEST ON OR BEFORE **NOVEMBER 6, 2008 AT 4:00 P.M. (EASTERN STANDARD TIME)**, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING AN ADMINISTRATIVE CLAIM AGAINST THE DEBTORS, THEIR ESTATE, THE TRUSTEE OR THE DEBTORS' PROPERTY AND THE DEBTORS' PROPERTY WILL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM.

YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING WHETHER TO FILE AN ADMINISTRATIVE EXPENSE REQUEST.

> BY ORDER OF THE UNITED STATES DISTRICT COURT
> Graham C. Mullen
> United States District Judge