IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06-cv-386 (GCM)

| | |
|---|---|
| In Re: | ) Chapter 7 |
| RFS ECUSTA INC. and | ) |
| RFS US Inc. | ) Case Nos. 03-10358 (GRH) |
| | ) 03-10360 (GRH) |
| Debtors | ) |
| | ) (Jointly Administered and |
| | ) Substantively Consolidated) |

## STIPULATION AND ORDER

The Trustee and the United States agree that the deadline to file a request for administrative expenses relating to the costs the United States incurred in connection with the Ecusta Mill site during the period from October 23, 2002 through August 8, 2003 (the "Pre-Sale Period") is extended until the earliest of (i) the date an order granting the United States a Chapter 11 administrative claim in the sum of $125,000 becomes a final order, (ii) five days after the District Court declines to approve the agreement granting the United States such an administrative claim, or (iii) January 9, 2009.

For the Trustee

5 Nov 2008           /s/ Langdon M. Cooper
Date

For the United States

5 Nov 2008           /s/ Esperanza Anderson
Date                 Esperanza Anderson
                     Trial Attorney

It is so ordered.                    Signed: November 18, 2008

                                     Graham C. Mullen
                                     United States District Judge