UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

IN RE:

**RFS ECUSTA INC. and**
**RFS US INC.**

Tax I.D. No.:       23-3081989
                    23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

**ORDER AUTHORIZING**
**PAYMENT FOR MEDIATION**
**SERVICES**

This matter came on to be heard upon Motion of the Trustee and it appearing to the Court that the relief the Trustee seeks in his Motion to authorize the payment of $2,357.00 to James McElroy & Diehl, P.A. for services rendered is proper; it is, therefore,

**ORDERED** that the Trustee is authorized to pay $2,357.00 to James McElroy & Diehl, P.A. for the bankruptcy estates' one-half share of the cost of the mediation services rendered.

Dated: January 23, 2009

Graham C. Mullen
United States District Court Judge