IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06 CV 386-MU

---------------------------------------------------------------- X
In re:                                          : Chapter 7
                                                :
RFS ECUSTA INC. and                             : Bankr. Ct. Case Nos.
RFS US INC.,                                    :        03-10358 (GRH)
                                                :    and 03-10360 (GRH)
            Debtors.                            :
                                                : (Jointly Administered)
---------------------------------------------------------------- X

## ORDER GRANTING FIRST OMNIBUS OBJECTION TO VARIOUS CLAIMS PURSUANT TO SECTIONS 502, 506, AND 507 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3003 AND 3007

Upon consideration of the First Omnibus Objection to Various Claims Pursuant to Sections 502, 506, and 507 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (the "Objection"), dated September 11, 2006, of Langdon M. Cooper, as Chapter 7 Trustee (the "Trustee") for the estates (the "Estates") of RFS Ecusta Inc. and RFS US Inc. (together, the "Debtors"); and good and sufficient notice of the Objection having been given; and no formal objections having been filed; and any informal objections having been consensually resolved; and after due deliberation and good and sufficient cause shown for the entry of this Order;

**IT IS HEREBY:**

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that any objections (whether formal or in the form of letters filed with or sent to the Court or received by the Trustee) that have not been withdrawn are overruled; and it is further

555206v1  009033.0300

ORDERED that all claims included on Exhibit A to the Objection, and on Exhibit A attached hereto, are disallowed in their entirety and expunged and the holders of such claims are enjoined from recovering or receiving a distribution from the Estates on account of such claims; and it is further

ORDERED that claimants holding workers' compensation claims based on an injury allegedly sustained prior to August 9, 2001 (the "Pre-Acquisition Claims") may seek relief from P.H. Glatfelter Company ("Glatfelter") in connection with such claims pursuant to an order of the Supreme Court of the State of North Carolina and the Order Approving Settlement Agreement, Assignment and Sharing Agreement by and between Langdon M. Cooper, as Chapter 7 Trustee, and P.H. Glatfelter Company and Mollanvick, Inc., dated September 8, 2006; provided, however, that nothing herein is intended to alter any rights or defenses Glatfelter may have with respect to the Pre-Acquisition Claims, all of which rights and defenses are expressly preserved; and it is further

ORDERED that all claimants holding workers' compensation claims based on an injury sustained on or after August 9, 2001 (the "Post-Acquisition Claims") may pursue any rights they may have, whether direct or derivate of the Debtors' rights, to seek payment from the Debtors' workers' compensation insurance policy in effect at the relevant time period; and it is further

ORDERED that nothing herein shall affect the claims fixed pursuant to this Court's Order Granting Motion of Chapter 7 Trustee Fixing Amount of Claims of Covered Employees Under Settlement Agreement Between Trustee and Union, and In Connection Therewith Allowing Certain Claims and Expunging Duplicative, Redundant, Amended, Superceded, Multi-Debtor and No-Liability Claims, dated September 11, 2008; and it is further

ORDERED that the Trustee is authorized to take any and all actions described in or contemplated by the Objection and to effectuate the relief granted pursuant to this Order; and it is further

ORDERED that, except with respect to resolution of any non-debtor's claims for workers compensation against any non-debtor this Court (or any higher Court of competent jurisdiction) shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

This is the 11th day of May, 2009.

Graham C. Mullen
United Stated District Judge