IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.: 23-3081989
23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Consolidated

## ORDER GRANTING DECHERT LLP FINAL APPROVAL AND CONFIRMATION OF ALL FEES AND EXPENSES PREVIOUSLY PAID IN THE CASES

This cause coming on to be heard and being heard upon due notice to all applicable parties pursuant to the United States Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Practice of the United States District Court for the Western District of North Carolina and the Local Rules of Practice of the United States Bankruptcy Court for the Western District of North Carolina, and the Court concludes that no further or other notice is necessary.

**NOW**, upon consideration of the Final Application ("Final Application") of Dechert LLP ("Applicant") for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses incurred during the Chapter 11 Cases (Docket No. 84), as duly filed in this proceeding, in which Applicant seeks final confirmation and payment of compensation and reimbursement for expenses advanced for the period October 2002 through August 2003;

**AND** upon consideration of the applicable law as set forth in a number of decisions of the United States Supreme Court and the Fourth Circuit Court of Appeals;

**AND** upon all proceedings had before the Court, after due notice and opportunity for hearing, after which no adverse interest appeared, and after due deliberation thereon, the Court concludes that it is in the best interest of the estates that a portion of the relief sought

in the Final Application be allowed, but only to the extent the requested confirmation of fees and expenses applies to those that have been previously paid[1]; it is therefore

**ORDERED** that the Final Application is GRANTED in part and DENIED in part, and the aggregate sum of $912,395.41 previously paid to Applicant is confirmed as reasonable compensation and expenses owed the Applicant for all work in these Cases, and the amount of $26,817.28 which was sought by Applicant and which was never previously paid, is denied.

This the 15th day of June, 2009.

Graham C. Mullen
United States District Court Judge

---

[1] The Application seeks final confirmation of $912,395.41 in fees and expenses which it has previously been paid in the Cases and also an additional amount of $26,817.28 for which payment was not previously made. Pursuant to a settlement with the Trustee, Applicant has agreed it will not seek payment of the $26,817.28, and that it will seek only a final confirmation of all fees and expenses in the amount of $912,395.41 actually previously paid to Applicant.