FILED
CHARLOTTE, NC

JUN 1 6 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU

IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.:     23-3081989
                  23-3081990

                  Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

## ORDER GRANTING FIFTH INTERIM APPLICATION OF EDWARD BOWERS, CPA, AS ACCOUNTANT TO THE CHAPTER 7 TRUSTEE, FOR FEES EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 2007 THROUGH MAY 2009

### AND

## GRANTING FINAL APPROVAL AND CONFIRMATION OF ALL FEES ALLOWED IN THE CASES AND ALL EXPENSES INCURRED

This cause coming on to be heard and being heard upon due notice to all applicable parties pursuant to the United States Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Practice of the United States District Court for the Western District of North Carolina and the Local Rules of Practice of the United States Bankruptcy Court for the Western District of North Carolina, and the Court concludes that no further or other notice is necessary.

**NOW,** upon consideration of the Fifth Interim Fee Application and the Final Application for confirmation and approval of all fees and expenses allowed in the case (together, the "Application") of Edward P. Bowers, CPA, ("Applicant") for Compensation as accountant for Langdon M. Cooper, Trustee ("Trustee") for the above-referenced Debtors, as duly filed in this proceeding, in which Applicant seeks payment of compensation and reimbursement for expenses advanced for the period January 2007 through May 2009 (the "Fifth Interim Period") and final confirmation and approval of all fees and expenses in the cases from August 2003 to date;

**AND** upon consideration of the applicable law as set forth in a number of decisions of the United States Supreme Court and the Fourth Circuit Court of Appeals

FILED
CHARLOTTE, NC
JUN 1 6 2009
U.S. DISTRICT COURT
WESTERN DISTRICT NC

**AND** upon all proceedings had before the Court, after due notice and opportunity for hearing, after which no adverse interest appeared, and after due deliberation thereon the Court concludes the Application seeks reasonable compensation and payment for expenses advanced, and it is in the best interest of the estates that the Application be allowed; it is therefore

**ORDERED** that the Application is GRANTED, and the aggregate sum of $150,270.76 is confirmed as reasonable compensation and expenses owed the Applicant for the Final Application Period, and the Trustee is directed to make the payment of $26,424.25 and a payment of $392.91 for reimbursement of expenses advanced during the Fifth Interim Period; and these amounts are hereby allowed and the Trustee is hereby directed to make such payments.

This the _15th_ day of June, 2009.


Graham C. Mullen
United States District Court Judge