UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU



IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.: 23-3081989
23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Substantively Consolidated

# ORDER SUSTAINING IN PART AND DENYING IN PART TRUSTEE'S NINETEENTH OMNIBUS OBJECTION TO CLAIMS

THIS MATTER came on to be heard after notice and a hearing on the Nineteenth Omnibus Objection and Motion for Disallowance of the claims described therein and the claims described on Exhibit "A" to this Order (the "Claims") filed by Langdon M. Cooper, Trustee in the Chapter 7 bankruptcy cases (the "Trustee") for RFS Ecusta Inc. and RFS US Inc. (the "Objection and Motion"), in which the Trustee requested the entry of an order disallowing the Claims according to the Trustee's recommendations stated in the Exhibit to the Objection and Motion, pursuant to Sections 502, 506 and 507 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and Rules 3001, 3002, 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Court concludes that proper notice and explanation of each objection was provided to the holders of the Claims, and after a review of the record and the statement of the Trustee with any agreed changes, and noting that no responses were filed by a holder of any of the Claims, the Court has determined it will sustain the Trustee's objections to the Claims and disallow the Claims as stated in the Exhibit "A" attached to this Order, except the claims of the Pension Benefit Guaranty Association, which are allowed in part in a separate Stipulation and Order.

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and the Trustee's Objection and Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2). The statutory predicates for the relief requested herein are sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules

3001, 3002, 3003(c) and 3007.

## BACKGROUND

2.    Voluntary petitions under Chapter 11 of the Bankruptcy Code were filed by the Debtors in the Delaware Bankruptcy Court on 23 October 2002. These cases were subsequently transferred to the United States Bankruptcy Court for the Western District of North Carolina and converted to jointly administered Chapter 7 cases on 12 August 2003, and subsequently substantively consolidated. Langdon M. Cooper was appointed and continues to serve as the Chapter 7 Trustee in both cases. On 8 September 2006 this Court withdrew the reference of the bankruptcy cases pursuant to 28 U.S.C. §157(d).

## RELIEF REQUESTED

3.    The Trustee objected to the Claims for the reasons set out in his Objection and Motion. The Trustee's grounds for the objections are proper and the Claims should be denied, except those of the Pension Benefit Guaranty Association.

It is, therefore, ORDERED that the Court sustains the Trustee's objections to the Claims and the Claims are disallowed as set forth on Exhibit "A", except the claims of the Pension Benefit Guaranty Association which are allowed in part in a separate Stipulation and Order.

This the __18th__ day of June, 2009.

_Graham C. Mullen_
Graham C. Mullen
United States District Court Judge

# Ecusta Settled and Satisfied Claims

| Claim Nos. | Date Filed | Filed in Cases | Creditor Name | Total Claim Amount (Per POC) | Secured (Per POC) | Priority (Per POC) | General Unsecured (Per POC) | Admin (Per POC) | Claim Allowed; or Claim Disallowed with Key Reference | Allowed Amount of Claim | Allowed Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| not applicable | 11/6/2008 | 3:06-cv-386 | Dechert LLP | $26,817.28 | $0.00 | $0.00 | $0.00 | $26,817.28 | Disallowed - Key 8 | $0.00 | none |
| 490 | 2/7/2003 | 02-13110 (PJW) | Ecusta Fibers Ltd. | $452,525.00 | $0.00 | $0.00 | $452,525.00 | $0.00 | Disallowed - denied by order 2/14/06 (doc 53) | $0.00 | none |
| 114.1 | 2/4/2004 | 03-10630 | National Labor Relations Board | $882,360.00 | $0.00 | $882,360.00 | $0.00 | $0.00 | Disallowed as settled and satisfied - Key 8 | $0.00 | none |
| 511 | 4/7/2003 | 02-13110 | North Carolina Department of Revenue (WITHDRAWAL FILED) | $0.00 | | | | | Disallowed - claim was withdrawn | $0.00 | none |
| 467 | 2/7/2003 | 02-13110 (PJW) | North Carolina Self-Insurance Guaranty Association | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Disallowed - Key 8 | $0.00 | none |
| 489 | 2/7/2003 | 02-13111 (PJW) | P.H. Glatfelter Company | $185,462,278.83 | $0.00 | $0.00 | $185,462,278.83 | $0.00 | Disallowed - Key 8 | $0.00 | none |
| 104.1 | 2/6/2003 | 02-13110 (PJW) | Pace International Union on behalf of represented employees | $12,819,600.00 | $0.00 | $0.00 | $0.00 | $12,819,600.00 | Disallowed as settled and satisfied - Key 8 | $0.00 | none |
| 462 | 2/6/2003 | 02-13110 (PJW) | Pension Benefit Guaranty Corporation | $7,118,000.00 | $0.00 | $7,118,000.00 | $0.00 | $0.00 | * | $0.00 | none |
| 492 | 2/7/2003 | 02-13110 (PJW) | RF & Son Inc. | $889,008.00 | $0.00 | $0.00 | $889,008.00 | $0.00 | Disallowed by Order of 1/10/2008 (doc. 35) | $0.00 | none |
| 493 | 2/7/2003 | 02-13110 (PJW) | RF & Son Inc. | $2,218,400.00 | $0.00 | $0.00 | $2,218,400.00 | $0.00 | Disallowed by Order of 1/10/2008 (doc. 35) | $0.00 | none |
| 495 | 2/7/2003 | 02-13111 (PJW) | Transamerica Business Capital Corporation (now GE Business Capital) | $4,585,300.00 | $4,585,300.00 | $0.00 | $0.00 | $0.00 | Disallowed as settled and satisfied - Key 8 | $0.00 | none |
| 165 | 1/22/2003 | 02-13111 (PJW) | Transylvania County, North Carolina | $599,595.43 | $599,595.43 | $599,595.43 | $0.00 | $0.00 | Disallowed as settled and satisfied - Key 8 | $0.00 | none |
| 534 | 6/16/2003 | 02-13110 and 02-13111 | Wachovia Bank, N.A. | $10,989,909.00 | $0.00 | $0.00 | $0.00 | $10,989,909.00 | Disallowed - Key 8 | $0.00 | none |
| | | | Totals | $226,043,793.54 | $5,184,895.43 | $8,599,955.43 | $189,022,211.83 | $23,836,326.28 | | $0.00 | |

Key 8. This claim is denied as it has been released or satisfied.

* See separate Stipulation and Order dealing with the claims of the Pension Benefit Guaranty Corporation

Exhibit A