UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU


FILED
CHARLOTTE, NC

JUN 17 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Tax I.D. No.: 23-3081989
23-3081990

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Substantively Consolidated

## ORDER SUSTAINING IN PART AND DENYING IN PART TRUSTEE'S TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS

THIS MATTER came on to be heard after notice and a hearing on the Twenty-First Omnibus Objection and Motion for Disallowance of the claims described therein and the claims described on Exhibit "A" to this Order (the "Claims") filed by Langdon M. Cooper, Trustee in the Chapter 7 bankruptcy cases (the "Trustee") for RFS Ecusta Inc. and RFS US Inc. (the "Objection and Motion"), in which the Trustee requested the entry of an order disallowing the Claims according to the Trustee's recommendations stated in the Exhibit to the Objection and Motion, pursuant to Sections 502, 506 and 507 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and Rules 3001, 3002, 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Court concludes that proper notice and explanation of each objection was provided to the holders of the Claims, and after a review of the record and the statement of the Trustee with any agreed changes, and noting that no responses were filed by a holder of any of the Claims, the Court has determined it will sustain the Trustee's objections to the Claims and disallow the Claims as stated in the Exhibit "A" attached to this Order, except the claims of the Pension Benefit Guaranty Association, which are allowed in part in a separate Stipulation and Order.

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and the Trustee's Objection and Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2). The statutory predicates for the relief requested herein are sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules

3001, 3002, 3003(c) and 3007.

## BACKGROUND

2.  Voluntary petitions under Chapter 11 of the Bankruptcy Code were filed by the Debtors in the Delaware Bankruptcy Court on 23 October 2002. These cases were subsequently transferred to the United States Bankruptcy Court for the Western District of North Carolina and converted to jointly administered Chapter 7 cases on 12 August 2003, and subsequently substantively consolidated. Langdon M. Cooper was appointed and continues to serve as the Chapter 7 Trustee in both cases. On 8 September 2006 this Court withdrew the reference of the bankruptcy cases pursuant to 28 U.S.C. §157(d).

## RELIEF REQUESTED

3.  The Trustee objected to the Claims for the reasons set out in his Objection and Motion. The Trustee's grounds for the objections are proper and the Claims should be denied, except those of the Pension Benefit Guaranty Association.

It is, therefore, ORDERED that the Court sustains the Trustee's objections to the Claims and the Claims are disallowed as set forth on Exhibit "A", except the claims of the Pension Benefit Guaranty Association which are allowed in part in a separate Stipulation and Order.

This the 18th day of June, 2009.

Graham C. Mullen
United States District Court Judge

Duplicate claims

| Claim Nos. | Date Filed | Filed in Cases | Creditor Name | Total Claim Amount (Per POC) | Secured (Per POC) | Priority (Per POC) | General Unsecured (Per POC) | Admin. (Per POC) | Claim Allowed or Disallowed with Key Reference and with surviving claim number shown | Allowed Amount of Claim | Allowed Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 1/14/2003 | 02-13110 (PJW) | Atlantic Corp | $2,184.00 | $0.00 | $0.00 | $2,184.00 | $0.00 | Disallowed - Key 2 duplicate of 24.1 | $0.00 | none |
| 292 | 2/4/2003 | 02-13110 (PJW) | Central National-Gottesman Inc. | $663,333.80 | $0.00 | $0.00 | $663,333.80 | $0.00 | Disallowed - Key 2 duplicate of 293 | $0.00 | none |
| 1 | 12/5/2002 | 02-13110 (PJW) | Construction & Preventative Maintenance | $66,381.56 | $66,381.56 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 13 | $0.00 | none |
| 4 | 12/5/2002 | 02-13110 & 02-13111 (PJW) | CoroTech Co | $5,245.32 | $5,245.32 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 89.1 | $0.00 | none |
| 535 | 7/8/2003 | 03-10360 & 03-10358 | CoroTech Co. | $5,245.32 | $5,245.32 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 89.1 | $0.00 | none |
| 536 | 7/8/2003 | 03-10360 & 03-10358 | CoroTech Co. | $5,245.32 | $5,245.32 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 89.1 | $0.00 | none |
| 116 | 1/15/2003 | 02-13110 (PJW) | Cronatron Welding Systems, Inc. | $3,481.93 | $0.00 | $0.00 | $3,481.93 | $0.00 | Disallowed - Key 2 duplicate of 43.1 | $0.00 | none |
| 17 | 12/18/2002 | 02-13110 (PJW) | Employment Security Commission of North Carolina | $723.36 | $0.00 | $0.00 | $723.36 | $0.00 | Disallowed - Key 2 duplicate of 2.1 | $0.00 | none |
| 513 | 12/18/2002 | 02-13110 (PJW) | Frischkorn, Inc. | $10,630.81 | $0.00 | $0.00 | $10,630.81 | $0.00 | Disallowed - Key 2 duplicate of 33 | $0.00 | none |
| 145 | 1/17/2003 | 02-13110 (PJW) | GE International, Inc. | $105,584.99 | $0.00 | $0.00 | $105,584.99 | $0.00 | Disallowed - Key 2 duplicate of 31.1 | $0.00 | none |
| 35 | 12/18/2002 | 02-13110 (PJW) | Greenville Electric Motor Repair, Inc. | $6,429.33 | $0.00 | $0.00 | $6,429.33 | $0.00 | Disallowed - Key 2 duplicate of 4.1 | $0.00 | none |
| 302 | 2/4/2003 | 02-13110 (PJW) | Hobson Construction Co., Inc. | $179,874.35 | $179,874.35 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 42.1 | $0.00 | none |
| 303 | 2/4/2003 | 02-13111 (PJW) | Hobson Construction Co., Inc. | $179,874.35 | $179,874.35 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 42.1 | $0.00 | none |
| 47 | 12/20/2002 | 02-13110 (PJW) | Lawson Products Inc. | $300.30 | $0.00 | $0.00 | $300.30 | $0.00 | Disallowed - Key 2 duplicate of 44.1 | $0.00 | none |
| 298 | 2/4/2003 | 02-13110 (PJW) | M & M Grading Contractors, Inc. | $46,330.00 | $0.00 | $0.00 | $46,330.00 | $0.00 | Disallowed - Key 2 duplicate of 299 | $0.00 | none |
| 300 | 2/4/2003 | 02-13110 (PJW) | M & M Grading Contractors, Inc. | $40,703.00 | $0.00 | $0.00 | $0.00 | $40,703.00 | Disallowed - Key 2 duplicate of 301 | $0.00 | none |
| 448 | 2/6/2003 | 02-13110 (PJW) | M.B. Haynes Corp., trading as Haynes Electric Construction Co. | $38,591.00 | $38,591.00 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 449 | $0.00 | none |
| 113.1 | 1/21/2004 | 03-10630 | National Labor Relations Board | $882,360.00 | $0.00 | $199,995.00 | $682,365.00 | $0.00 | Disallowed - Key 2 duplicate of 111.1 | $0.00 | none |
| 48 | 12/20/2002 | 02-13110 (PJW) | P&P Transport | $257.50 | $0.00 | $0.00 | $257.50 | $0.00 | Disallowed - Key 2 duplicate of 30.1 | $0.00 | none |

Exhibit A pg 1

Duplicate claims

| Claim Nos. | Date Filed | Filed in Cases | Creditor Name | Total Claim Amount (Per POC) | Secured (Per POC) | Priority (Per POC) | General Unsecured (Per POC) | Admin. (Per POC) | Claim Allowed or Disallowed with Key Reference and with surviving claim number shown | Allowed Amount of Claim | Allowed Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 488 | 2/7/2003 | 02-13110 (PJW) | P.H. Glatfelter Company | $185,462,278.83 | $0.00 | $0.00 | $185,462,278.83 | $0.00 | Disallowed - Key 2 duplicate of 489 | $0.00 | none |
| 105.1, 480 and 482 | 2/6/2003 | 02-13111 (PJW) | Pace International Union on behalf of represented employees (See Exhibit A) | | | | | | | | |
| 505 | 2/21/2003 | 02-13110 (PJW) | Penford Products Co. | $31,222.00 | $0.00 | $0.00 | $31,222.00 | $0.00 | Disallowed - Key 2 duplicate of 480 | $0.00 | none |
| 453 | 2/6/2003 | 02-13110 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 506 | $0.00 | none |
| 454 | 2/6/2003 | 02-13110 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 455 | 2/6/2003 | 02-13110 (PJW) | Pension Benefit Guaranty Corporation | $7,118,000.00 | $0.00 | $7,118,000.00 | $0.00 | $0.00 | * | $0.00 | none |
| 456 | 2/6/2003 | 02-13110 (PJW0 | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 457 | 2/6/2003 | 02-13110 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 458 | 2/6/2003 | 02-13110 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 459 | 2/6/2003 | 02-13111 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 460 | 2/6/2003 | 02-13111 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 463 | 2/6/2003 | 02-13111 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 464 | 2/6/2003 | 02-13111 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 465 | 2/6/2003 | 02-13111 (PJW) | Pension Benefit Guaranty Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | * | $0.00 | none |
| 87 | 1/14/2003 | 02-13110 (PJW) | Process Equipment, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 88 | $0.00 | none |
| 129 | 1/16/2003 | 02-13111 (PJW) | Pumps, Parts & Service Inc. | $1,123.63 | $0.00 | $0.00 | $1,123.63 | $0.00 | Disallowed - Key 2 duplicate of 34.1 | $0.00 | none |
| 447 | 2/6/2003 | 02-13111 (PJW) | Ramsey, Hill, Smart, Ramsey & Pratt, P.A. | $1,100.00 | $0.00 | $0.00 | $1,100.00 | $0.00 | Disallowed - Key 2 duplicte of 26.1 | $0.00 | none |
| 14 | 12/18/2002 | 02-13110 (PJW) | Ryder Shared Services Center | $80,342.40 | $0.00 | $0.00 | $80,342.40 | $0.00 | Disallowed - Key 2 duplicate of 8 | $0.00 | none |
| 118.1 | 9/25/2003 | 03-10360 | Southern Appalachian Coal Sales, Inc. | $372,782.39 | $0.00 | $0.00 | $372,782.39 | $0.00 | Disallowed - Key 2 duplicate of 64.1 | $0.00 | none |

Exhibit A - page 2

Duplicate claims

| Claim Nos. | Date Filed | Filed In Cases | Creditor Name | Total Claim Amount (Per POC) | Secured (Per POC) | Priority (Per POC) | General Unsecured (Per POC) | Admin. (Per POC) | Claim Allowed or Disallowed with Key Reference and with surviving claim number shown | Allowed Amount of Claim | Allowed Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65.1 | 9/25/2003 | 03-10360 | Southern Appalachian Coal Sales, Inc. | $372,782.39 | | $0.00 | $372,782.39 | $0.00 | Disallowed - Key 2 duplicate of 118.1 | $0.00 | none |
| 184 | 1/27/2003 | 02-13110 (PJW) | Southern Appalachian Coal Sales, Inc. | $372,857.39 | $0.00 | $0.00 | $372,857.39 | $0.00 | Disallowed - Key 2 duplicate of 118.1 | $0.00 | none |
| 185 | 1/27/2003 | 02-13111 (PJW) | Southern Appalachian Coal Sales, Inc. | $372,857.39 | $0.00 | $0.00 | $372,857.39 | $0.00 | Disallowed - Key 2 duplicate of 118.1 | $0.00 | none |
| 100 | 1/14/2003 | 02-13110 (PJW) | Taylor & Murphy Construction Co., Inc. | $59,712.90 | $0.00 | $0.00 | $59,712.90 | $0.00 | Disallowed - Key 2 duplicate of 102 | $0.00 | none |
| 101 | 1/14/2003 | 02-13110 (PJW) | Taylor & Murphy Construction Co., Inc. | $25,900.00 | $0.00 | $0.00 | $25,900.00 | $0.00 | Disallowed - Key 2 duplicate of 103 | $0.00 | none |
| 461 | 2/7/2003 | 02-13110 (PJW) | Taylor & Murphy Construction Co., Inc. | $59,712.90 | $59,712.90 | $0.00 | $59,712.90 | $0.00 | Disallowed - Key 2 duplicate of 466 | $0.00 | none |
| 494 | 2/7/2003 | 02-13110 (PJW) | Transamerica Business Capital Corporation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 495 | $0.00 | none |
| 85 | 12/31/2002 | 02-13110 (PJW) | Turbine Generator Maintenance, Inc. | $370,894.64 | $370,894.64 | $0.00 | $0.00 | $0.00 | Disallowed - Key 2 duplicate of 86 | $0.00 | none |
| 33.1 | 9/3/2003 | 03-10360 | Weyerhaeuser Company f/d/b/a Willamette Ind Inc | $140,908.07 | $0.00 | $0.00 | $140,908.07 | $0.00 | Disallowed - Key 2 duplicate of 90.1 | $0.00 | none |
| 5 | 12/5/2002 | 02-13110 & 02-13111 (PJW) | Weyerhaeuser Company f/d/b/a Willamette Ind Inc | $140,908.07 | $0.00 | $0.00 | $140,908.07 | $0.00 | Disallowed - Key 2 duplicate of 90.1 | $0.00 | none |
| | | | Totals | $197,226,159.24 | $911,064.76 | $7,317,995.00 | $189,016,109.38 | $40,703.00 | | $0.00 | |

Key 2. This claim is denied as it duplicates another filed claim.

\* See separate Stipulation and Order dealing with the claims of the Pension Benefit Guaranty Corporation

Exhibit A - Page 3