UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:06 CV 386-MU


FILED
CHARLOTTE, NC
DEC 21 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE:

**RFS ECUSTA INC. and
RFS US INC.**

Debtors

Bankruptcy Case No. 03-10360
Bankruptcy Case No. 03-10358
Chapter 7
Jointly Administered

**ORDER AUTHORIZING AND
CONFIRMING PRIVATE SALE
OF PROPERTY**

After Notice and a Hearing, and upon Motion and Notice of Langdon M. Cooper, Trustee, in which he seeks authority to sell at private sale certain property of this estate; and after considering and reviewing all pleadings and the record established before the Court, the Court concludes: (i) that notice of an opportunity for a hearing on any objections to the Trustee's motion was properly served on all creditors and all other parties in interest, and that there were no objections to the sale as proposed; (ii) that the sale price is fair and reasonable, (iii) that the purchaser identified in this Order is purchasing the property in good faith and is in all respects a good faith purchaser, (iv) that the Trustee has fully complied with all provisions of the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, including but not limited to 11 U.S.C. §363 and Fed. R. Bankr. P. 6004 and 9014; and (v) that it is in the best interest of this estate that this pending sale be closed without further delay and that the Trustee's motion to sell and all conditions in that Motion be granted; it is, therefore,

**ORDERED** that Langdon M. Cooper, Trustee, is authorized: (a) to sell the co-op interest in Codington Clark Electric to Barry Neunzig, or his assigns for $25,000.00, "as is where is" without warranty; and (b) to incur and pay all expenses as outlined in his motion, and to disburse these sums from the sales proceeds; and (c) to provide the court with a report and accounting of the sale.

**IT IS FURTHER ORDERED** that Langdon M. Cooper, Trustee, is authorized to execute and deliver a Deed or Bill of Sale, which shall incorporate the terms of this Order, and any party may rely on all recitations by Langdon M. Cooper, Trustee, concerning authorization to sell, proper and timely notice to all parties, compliance with the United States Bankruptcy Code and all applicable orders of this Court, and any applicable confirmation;

**IT IS FURTHER ORDERED** that this Order is not stayed as otherwise provided in Fed. R. Bankr. P. 6004(g), and this sale may be consummated immediately upon entry of this Order;

**IT IS FURTHER ORDERED** that this private sale is in all respects confirmed.

This the 21st day of December, 2009.

/s/ Graham C. Mullen
Graham C. Mullen
United States District Court Judge